LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SLOATMAN IV**, | Case No. 2:16-cv-05254-PA-KS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **FINANCIAL CREDIT NETWORK, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 9th day of February, 2017.

By: s/Todd M. Friedman
 TODD M. FRIEDMAN
 Law Offices of Todd M. Friedman, P.C.
 Attorney for Plaintiffs

Notice of Settlement - 1

Filed electronically on this 9th day of February, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Percy Anderson
United States District Court
Central District of California

Mark E Ellis
Ellis Law Group LLP

Amanda Nicole Griffith
Ellis Law Group LLP

This 9th day of February, 2017.

s/Todd M. Friedman
Todd M. Friedman